EXHIBIT A

**From:** Clare Boone <clare.boone@yale.edu>
**Sent:** Wednesday, March 31, 2021 12:52 PM
**To:** Civil Custodian <CivilCustodian@jpso.com>
**Subject:** Public Records Request

Hello,

Please find attached a letter requesting public records relating to the Jefferson Parish Sheriff's Office. If you are not the custodian of the requested records, please direct me to the proper custodian.

Thank you for your assistance on this matter.

Best,
Clare Boone

March 31, 2021

Chief Deputy Timothy Scanlan
Jefferson Parish Sheriff's Office
Attn: Public Records Request
CivilCustodian@jpso.com

*Via Electronic Mail*

Re: Public Records Act Request

Dear Public Records Custodian:

Under the **Louisiana Public Records Act § 44:1 et seq.**, I am requesting an opportunity to inspect or obtain copies of the following public records:

1.  Public records that provide the names of all JPSO employees, including law enforcement personnel, that were present in the vicinity of the Crescent City Connection on June 3, 2020 around 10:00 pm, in response to the Black Lives Matter protest at that date and time.
2.  All records that document the response of JPSO to the protest at the Crescent City Connection on June 3, 2020 around 10:00 pm, including documentation of equipment or weapons deployed (*e.g.,* tear gas, non-lethal projectiles, helicopters, tanks) and documentation of any use of force that occurred.
3.  Public records reflecting the current policies, practices, and procedures of JPSO regarding the use of force and of less-lethal weapons at demonstrations.

If the requested records exist in electronic form, please provide them in such form. If not, please provide hard copies of the requested materials. If there is a copying or production fee that exceeds $50, please contact me to let me know the total cost before proceeding. If you determine that some portions of the requested records are exempt from disclosure, please provide the portions that can be disclosed. Additionally, if specific data or documents are not available or not available in the format requested, please provide documents that contain as much of the requested information as is available and/or the closest approximation to this information that is available. If responsive records do not exist, please so advise.

Section 44:32(D) of the Louisiana Public Records Act requires a response within three business days.  If access to the records I am requesting will take longer than that time period, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Should you have any questions or need any information regarding the above request, please contact me at clare.boone@yale.edu or (717) 814-1858. Thank you for your assistance on this matter.

Sincerely,

*Clare Boone*

Clare Boone

**From:** Kraemer, Alyssa R <Kraemer_ar@jpso.com>
**Sent:** Wednesday, March 31, 2021 1:40 PM
**To:** Clare Boone <clare.boone@yale.edu>, Civil Custodian <CivilCustodian@jpso.com>
**Subject:** RE: Public Records Request

I am in receipt of your email sent to the Jefferson Parish Sheriff's Office regarding the above.  Pursuant to your request, we will conduct a search to determine the availability of the records/documents you seek.
We will notify you once we complete our assessment and will let you know when and where the records will be available for your review. Should you require a copy, we will provide you with an estimated cost for the records.

If you have any questions or desire additional information, please contact me at (504)363-5516.

Thank you.

*Alyssa Kraemer*
*Central Records Clerk*
*Jefferson Parish Sheriff's Office*
*1233 Westbank Expressway*
*Harvey, LA 70058*
*Building A*
*(P) 504-363-5516*
*(F) 504-363-5594*

**From:** Kraemer, Alyssa R <Kraemer_ar@jpso.com>
**Sent:** Mon, Apr 5, 2021 4:18 PM
**To:** Clare Boone <clare.boone@yale.edu>
**Subject:** RE: Public Records Request

You will need to contact NOPD. Thank you.

*Alyssa Kraemer*
*Central Records Clerk*
*Jefferson Parish Sheriff's Office*
*1233 Westbank Expressway*
*Harvey, LA 70058*

*Building A*
*(P) 504-363-5516*
*(F) 504-363-5594*


**From:** Kraemer, Alyssa R <Kraemer_ar@jpso.com>
**Sent:** Thu, Apr 15, 2021 9:10 AM
**To:** Clare Boone <clare.boone@yale.edu>
**Subject:** Invoice

Please see attached. Thank you.

*Alyssa Kraemer*
*Central Records Clerk*
*Jefferson Parish Sheriff's Office*
*1233 Westbank Expressway*
*Harvey, LA 70058*
*Building A*
*(P) 504-363-5516*
*(F) 504-363-5594*

# Jefferson Parish Sheriff's Office

April 13, 2021

Clare Boone
clare.boone@yale.edu

RE: Public Records Request on Black Lives Matter Protest

Dear Ms. Boone,

    I am in receipt of your Public Records Request sent to the Jefferson Parish Sheriff's Office. Pursuant to Louisiana Revised Statute 44:32C, your request will not be processed until we receive payment in the amount of **$25.00** made payable to the Jefferson Parish Sheriff's Office General Fund. Once payment is received your request will be forwarded to you.

Request 1 -2:

    The records for requests 1 and 2 do not exist.

Request 3:

    5 pages- Standard Operating Procedures (25)              **$25.00**

Thank you,

Alyssa Kraemer
Central Records Clerk
1233 Westbank Expressway
Building A
Harvey, LA 70058

**From:** Clare Boone <clare.boone@yale.edu>
**Sent:** Thu, Apr 15, 2021 3:55 PM
**To:** Kraemer, Alyssa R <Kraemer_ar@jpso.com>
**Subject:** RE: Invoice

Hi Ms. Kraemer,

Thank you for your response to my public records request. For the avoidance of any doubt, would you be able to confirm in writing that the helicopter that hovered over the crowd of protestors at the CCC on June 3, 2020 (mentioned in this article and this social media post with video), was, contrary to news reports, not a JPSO helicopter?

Thank you,
Clare Boone

**From:** Kraemer, Alyssa R <Kraemer_ar@jpso.com>
**Sent:** Mon, Apr 19, 2021 6:12 AM
**To:** Clare Boone <clare.boone@yale.edu>
**Subject:** RE: Invoice

No records exist on this request. Thank you.

*Alyssa Kraemer*
*Central Records Clerk*
*Jefferson Parish Sheriff's Office*
*1233 Westbank Expressway*
*Harvey, LA 70058*
*Building A*
*(P) 504-363-5516*
*(F) 504-363-5594*