EXHIBIT B

**From:** Clare Boone <clare.boone@yale.edu>
**Sent:** Wed, Mar 31, 2021 12:51 PM
**To:** Melissa Matey <Melissa.Matey@la.gov>
**Subject:** Public Records Request

Hello,

Please find attached a letter requesting public records relating to the Louisiana State Police. If you are not the custodian of the requested records, please direct me to the proper custodian.

Thank you for your assistance on this matter.

Best,
Clare Boone

March 31, 2021

Lt. Melissa Matey
Louisiana State Police Public Affairs Unit
Attn: Public Records Request
Melissa.Matey@la.gov

*Via Electronic Mail*

Re: Public Records Act Request

Dear Public Records Custodian:

Under the **Louisiana Public Records Act § 44:1 et seq.**, I am requesting an opportunity to inspect or obtain copies of the following public records:

1. Public records that provide the names of all Louisiana State Police employees, including law enforcement personnel, that were present in the vicinity of the Crescent City Connection on June 3, 2020 around 10:00 pm, in response to the Black Lives Matter protest at that date and time.
2. All records that document the response of Louisiana State Police to the protest at the Crescent City Connection on June 3, 2020 around 10:00 pm, including documentation of equipment or weapons deployed (*e.g.,* tear gas, non-lethal projectiles, helicopters, tanks) and documentation of any use of force that occurred.
3. Public records reflecting the current policies, practices, and procedures of the Louisiana State Police regarding the use of force and of less-lethal weapons at demonstrations.

If the requested records exist in electronic form, please provide them in such form. If not, please provide hard copies of the requested materials. If there is a copying or production fee that exceeds $50, please contact me to let me know the total cost before proceeding. If you determine that some portions of the requested records are exempt from disclosure, please provide the portions that can be disclosed. Additionally, if specific data or documents are not available or not available in the format requested, please provide documents that contain as much of the requested information as is available and/or the closest approximation to this information that is available. If responsive records do not exist, please so advise.

Section 44:32(D) of the Louisiana Public Records Act requires a response within three business days.  If access to the records I am requesting will take longer than that time period, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Should you have any questions or need any information regarding the above request, please contact me at clare.boone@yale.edu or (717) 814-1858. Thank you for your assistance on this matter.

Sincerely,

*Clare Boone*

Clare Boone

**From:** Jamie Fletcher <Jamie.Fletcher@la.gov>
**Sent:** Wed, Mar 31, 2021 2:53 PM
**To:** Clare Boone <clare.boone@yale.edu>
**CC:** Melissa Matey <Melissa.Matey@la.gov>, Faye Morrison <Faye.Morrison@la.gov>, Nick Manale <Nick.Manale@la.gov>,
**Subject:** PRR - Crescent City Connection / Black Lives Matter

Good afternoon Ms. Boone,

Attached please find Faye Morrison's response to the subject public records request.

Have a great day,

*Jamie Fletcher*
Administrative Assistant 6
Public Safety Services
Office of Legal Affairs
225-925-3757
985-232-3411 (cell)
225-925-4624 (fax)
Email: Jamie.Fletcher@la.gov



**JOHN BEL EDWARDS**
*GOVERNOR*

**LAMAR A. DAVIS**, COLONEL
*DEPUTY SECRETARY*

# State of Louisiana
*Department of Public Safety and Corrections*
*Public Safety Services*

March 31, 2021
0140/0501/FDM/20-23487

Ms. Clare Boone            Via Email: clare.boone@yale.edu

RE:     Public Records Request for the following:

- Public records that provide the names of all Louisiana State Police employees, including law enforcement personnel, that were present in the vicinity of the Crescent City Connection on June 3, 2020 around 10:00 pm, in response to the Black Lives Matter protest at that date and time.
- All records that document the response of Louisiana State Police to the protest at the Crescent City Connection on June 3, 2020 around 10:00 pm, including documentation of equipment or weapons deployed (e.g., tear gas, non-lethal projectiles, helicopters, tanks) and documentation of any use of force that occurred.
- Public records reflecting the current policies, practices, and procedures of the Louisiana State Police regarding the use of force and of less-lethal weapons at demonstrations

OLA File No. 072023

Dear Ms. Boone:

       Your above referenced public records request has been forwarded to me for consideration and reply. Please be advised that we have begun the process of searching for documents responsive to your above referenced request.

       Even though the search is ongoing, and documents of the agency are generally considered public records, the agency will avail itself of any statutory provision which either exempts or prohibits production of documents responsive to your request. These exemptions specifically include, but are not limited to, those contained in R.S. 44:3 and R.S. 44:4. The agency will also not release information which may be exempt from release due to an individual's right to privacy.

       In accordance with R.S. 44:35(A), you are hereby notified that the estimated time reasonably necessary for collection, review, and any necessary redaction of the documents which may be responsive to your request is sixty (60) days.

*COURTESY • LOYALTY • SERVICE*
*"An Equal Opportunity Employer"*
*P.O. BOX 66614, BATON ROUGE, LOUISIANA 70896*

DPSSP 4117

B5

Once the responsive documents are ready for your review, you will be notified in order to arrange a date and time to view the documents. If you prefer to receive copies of the documents, you will be notified of the cost associated with copying the documents.

If you have any questions, please do not hesitate to contact me at (225) 925-6103, or via email at faye.morrison@la.gov.


With kindest professional regards, I am,


Sincerely,

Faye Morrison, Assistant Secretary
DPS, Office of Legal Affairs

Cc: Nick Manale (via email)
Melissa Matey (via email)

**From:** Faye Morrison <Faye.Morrison@la.gov>
**Sent:** Fri, Apr 9, 2021 11:17 AM
**To:** Clare Boone <clare.boone@yale.edu>
**CC:** Melissa Matey <Melissa.Matey@la.gov>,
Nick Manale <Nick.Manale@la.gov>
**Subject:** RE: PRR - Crescent City Connection / Black Lives Matter

Clare: attached please find the single page document responsive to your request. With best regards, I am, fdm

Faye Dysart Morrison
Assistant Secretary, DPS Office of Legal Affairs
7979 Independence Boulevard
Baton Rouge, Louisiana 70806
P. O. Box 66614
Baton Rouge, Louisiana 70896
225-925-6103 (Office)
225-718-2691 (Cell)
225-925-4624

# Desk Entry
## 200603B002
Notify Authorities | Update Command Duty Journal

| | | |
|---|---|---|
| **Time & Date of Occurrence:** | 05:10 AM | 06/04/2020 |
| **Signal:** | Desk | |
| **Reporting Unit:** | N-10 | |
| **Assisting Unit(s):** | | |
| **Disposition:** | N/A | |
| **Brief Description:** | Protest | |
| **Notes/Comments:** | 6/4/2020 at 2000 hours NOPD requested assistance with a protest that had entered onto the Crescent City Connection eastbound lanes of travel. NOPD units confronted the protest at the I-10 east. Troop N units responded to location providing assistance to the NOPD units until the protest peacefully disbursed from the location. No LSP or NOPD property was damaged during the protest. | |

Created on server: 06/04/2020 05:10:10 AM

**Bold Print This Entry:** No

**From:** Clare Boone <clare.boone@yale.edu>
**Sent:** Fri, Apr 9, 2021 1:41 PM
**To:** Faye Morrison <Faye.Morrison@la.gov>
**CC:** Melissa Matey <Melissa.Matey@la.gov>,
Nick Manale <Nick.Manale@la.gov>
**Subject:** RE: PRR - Crescent City Connection / Black Lives Matter

Ms. Morrison,

Please find attached a letter responding to the single page document that was produced. For your convenience, I'm also attaching my letter from March 31.

Best regards,
Clare Boone

April 9, 2021

Faye Dysart Morrison
Assistant Secretary, DPS Office of Legal Affairs
Faye.Morrison@la.gov

*Via Electronic Mail*

Re: Public Records Act Request

Dear Ms. Morrison,

I am in receipt of the single page document that was sent today in response to my Public Records Request on March 31. Your timely response is greatly appreciated. However, in my March 31 letter, I requested three distinct types of information. Specifically, I requested an opportunity to inspect or obtain copies of the following public records:

1. Public records that provide the **names** of all Louisiana State Police employees, including law enforcement personnel, that were present in the vicinity of the Crescent City Connection on June 3, 2020 around 10:00 pm, in response to the Black Lives Matter protest at that date and time.
2. All records that document the response of Louisiana State Police to the protest at the Crescent City Connection on June 3, 2020 around 10:00 pm, **including documentation of equipment or weapons deployed** (*e.g.,* tear gas, non-lethal projectiles, helicopters, tanks) and **documentation of any use of force that occurred**.
3. Public records reflecting the **current policies, practices, and procedures** of the Louisiana State Police regarding the use of force and of less-lethal weapons at demonstrations.

Please provide the specific records that were requested. If some or all of these records do not exist, please notify me in writing and specify which of the requested documents do not exist. If these records exist but cannot be produced, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for your assistance on this matter.

Sincerely,

Clare Boone