UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REMINGTYN WILLIAMS, ET AL.<br>Plaintiffs | * * * | NUMBER 21-CV-00852 |
| VERSUS | * * | JUDGE GREG G. GUIDRY |
| SHAUN FERGUSON, ET AL.<br>Defendants | * * * | MAGISTRATE JUDGE MICHAEL MORTH |

*************************************

## MOTION TO DISMISS DEFENDANT LAMAR A. DAVIS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Lamar A. Davis, named only in his official capacity as the Superintendent of the Louisiana State Police ("LSP"), who respectfully moves to dismiss all claims asserted against him in the complaint filed by Plaintiffs, Remingtyn A. Williams, Lauren E. Chustz, and Bilal Ali-Bey, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for the reasons explained in the accompanying memorandum of law.

Respectfully Submitted,

**JEFF LANDRY**
**Attorney General**
**State of Louisiana**

By:   */s Gregory C. Fahrenholt*
**DENNIS C. PHAYER (La. Bar 10408)**
**GREGORY C. FAHRENHOLT (La. Bar 28572)**
**BURGLASS AND TANKERSLEY, L.L.C.**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0408
Telefax: (504) 287-0448
Special Assistant Attorneys General
**Attorneys for Defendant, Lamar A. Davis, in his official capacity as Superintendent of the Louisiana State Police**

{01217972 - v1}