UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REMINGTYN A WILLIAMS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-852** |
| **SHAUN FERGUSON, ET AL** | **SECTION: T(5)** |

## ORDER

Considering the Court's February 10, 2022, *Order to Show Cause* (R. Doc. 64);

**IT IS ORDERED** the Plaintiffs' claims against Matthew Ezell are **DISMISSED WITHOUT PREJUDICE.** The Plaintiffs represent to this Court that they have undertaken extensive efforts to locate Mr. Ezell but have been unable to do so. Until Mr. Ezell is properly served, Plaintiffs' claims cannot proceed against him.

New Orleans, Louisiana, this __3rd__ day of March, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge