UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REMINGTYN A. WILLIAMS, et. al.,** | * | **CIVIL ACTION NUMBER:** |
| **Plaintiffs** | * | **21-cv-0852 c/w 21-1079** |
| | * | |
| **VERSUS** | * | **SECTION "T"** |
| | * | **JUDGE GUIDRY** |
| | * | |
| **SHAUN FERGUSON, et. al.,** | * | **MAGISTRATE "5"** |
| **Defendants** | * | **JUDGE NORTH** |
| | * | |
| | * | **REF: 21-cv-00852 and 21-1079** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT REQUEST FOR STATUS AND SCHEDULING CONFERENCE

Plaintiffs REMINGTYN A. WILLIAMS, LAUREN E. CHUSTZ, and BILAL ALI-BEY, as well as Plaintiff KATHARINE ARCHER, along with Defendants LAMAR A. DAVIS, in his official capacity as Superintendent of the Louisiana State Police; JOSEPH P. LOPINTO, III, in his official capacity as Sheriff of Jefferson Parish; SHAUN FERGUSON, in his official capacity as Superintendent of the New Orleans Police Department; OFFICER TRAVIS JOHNSON; OFFICER JASON JORGENSON; OFFICER DEVIN JOSEPH; OFFICER MICHAEL PIERCE; SERGEANT TRAVIS WARD; OFFICER DAVID DESALVO; OFFICER WESLEY HUMBLES; OFFICER ARDEN TAYLOR, JR.; OFFICER FRANK VITRANO; SERGEANT EVAN COX; LIEUTENANT. MERLIN BUSH; OFFICER MICHAEL DEVEZIN; OFFICER BRYAN BISSELL; OFFICER DANIEL GRIJALVA; OFFICER BRANDON ABADIE; OFFICER DEVIN JOHNSON; OFFICER DOUGLAS BOUDREAU; OFFICER MATTHEW CONNOLLY; SERGEANT TERRENCE HILLARD; OFFICER JONATHAN BURNETTE; OFFICER JUSTIN MCCUBBINS; OFFICER KENNETH KUYKINDALL; OFFICER ZACHARY VOGEL; SERGEANT LAMONT WALKER; OFFICER DENZEL MILLON; OFFICER RAPHAEL RICO; OFFICER JAMAL KENDRICK; SERGEANT DANIEL HIATT;

1

OFFICER JEFFREY CROUCH; OFFICER JOHN CABRAL; OFFICER JAMES CUNNINGHAM; OFFICER DEMOND DAVIS; OFFICER JOSH DIAZ; SERGEANT STEPHEN NGUYEN; OFFICER VINH NGUYEN; OFFICER MATTHEW MCKOAN CAPTAIN BRIAN LAMPARD; CAPTAIN LEJON ROBERTS; DEPUTY CHIEF JOHN THOMAS, through their undersigned counsel, respectfully request the Court to set a Status and Scheduling conference (via telephone or other remote means) within twelve (12) days of this Request, or at another date that is convenient for the Court and Parties, so the Parties may discuss and obtain the Court's guidance on various issues relating to the Scheduling Order entered in *Katharine Archer v. City of New Orleans, et al.*, No. 21-cv-1079 in light of the consolidation with *Archer* for discovery purposes. (*Archer*, R. Doc. 33; *Williams*, R. Doc. 75.) The Parties have met and conferred, including pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and agree that a Status and Scheduling conference will promote judicial and party economy and efficiency.

For the purposes of the proposed Status and Scheduling conference, the Parties would like to discuss and provide the Court with additional information regarding:

(1) Extension of the discovery deadlines in the current scheduling order, which was originally issued in the *Archer* case. The Parties agree that the differences in the *Williams* and *Archer* matters, which include additional and different defendants, the timing of initial disclosures in *Williams*, class certification, the pending interlocutory appeal by Defendant Col. Davis, and Motion for Reconsideration by Defendant Sheriff Lopinto warrant an extension of the Scheduling Order deadlines as applied to the *Williams* and *Archer* matters.

(2) Timing of discovery and trial: Based on the foregoing, the Parties respectfully request that the Court set a date and time for a Status and Scheduling Conference (via telephone or other remote means) within twelve (12) days of this Request, or at another date that is convenient

4887-5354-0127 v.3 033999/02661, 9:18 AM, 05/18/2022

for the Court and Parties.

Dated: May 18, 2022

**WE SO MOVE AND CONSENT:**

By: _/s/ Jahmy S. Graham_____
Jahmy S. Graham (Admitted Pro Hac Vice)
jahmy.Graham@nelsonmullins.com
Mary C. Biscoe-Hall (Admitted Pro Hac Vice)
mary.biscoehall@nelsonmullins.com
Priscilla Szeto (Admitted Pro Hac Vice)
priscilla.szeto@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
19191 S. Vermont Avenue, Suite 900
Torrance, CA 90502
(424) 221-2700 (CA Office)
100 S. Charles Street, Suite 1600
Baltimore, MD, 21201
(443) 382-9400 (MD Office)

Stephanie Willis, LSB #31834
swillis@laaclu.org
Nora Ahmed (Admitted Pro Hac Vice)
nahmed@laaclu.org
ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
(504) 522-0628

*Attorneys for Plaintiffs*

By: _/s/ Renee Goudeau _____
Renee Goudeau, LSB #33157
Assistant City Attorney
regoudeau@nola.Gov
Mark Daniel Macnamara, LSB #24532
Assistant City Attorney
dmacnamara@nola.Gov
Corwin St. Raymond, LSB # 31330
Deputy City Attorney
cmstraymond@nola.Gov
Churita H. Hansell, LSB # 25694
Chief Deputy City Attorney
chhansell@nola.Gov
Donesia Turner, LSB # 23338
City Attorney
donesia.turner@nola.Gov
1300 Perdido Street
City Hall - Room 5e03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868

*Attorneys for NOPD Defendants*

4887-5354-0127 v.3 033999/02661, 9:18 AM, 05/18/2022

By: */s/ Daniel Martiny*

Daniel Martiny, LSB # 9012
James Mullaly, LSB #28296
Martiny & Associates, LLC
131 Airline Drive
Suite 201
Metairie, LA 70001
Telephone: (504) 834-7676
Facsimile: (504) 834-5409

***Attorneys for Defendant Joseph Lopinto, III, in his official capacity as Sheriff of Jefferson Parish***

By: */s/ Gregory Fahrenholt*

Gregory Fahrenholt, LSB # 28572
Dennis Phayer, LSB # 10408
Burglass and Tankersley, L.L.C
5213 Airline Drive
Metairie, LA 70001
Telephone: (504) 836-0408
Telefax: (504) 287-0448

***Attorneys for Defendant Lamar Davis, in his official capacity as Superintendent of the Louisiana State Police***

By: */s/ Hannah A. Lommers-Johnson*

Hannah A. Lommers-Johnson, LSB # 34944, T.A.
Hannah.lommersjohnson@macarthurjustice.org
James W. Craig, LSB # 33687
Jim.craig@macarthurjustice.org
Emily M. Washington, LSB 34143
Roderick & Solange MacArthur Justice Center
4400 S. Carollton Ave.
New Orleans, LA 70119
Telephone: (504) 620-2259
Facsimile: (504) 208-3133

***Attorneys for Plaintiff Katherine Archer (21-1079)***