UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REMINGTYN WILLIAMS, ET AL. | * | NUMBER 21-CV-00852 |
| Plaintiffs | * | |
| | * | JUDGE GREG G. GUIDRY |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE MICHAEL NORTH |
| SHAUN FERGUSON, ET AL. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO STAY PROCEEDINGS AGAINST DEFENDANT LAMAR A. DAVIS**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Lamar A. Davis, named only in his official capacity as the Superintendent of the Louisiana State Police ("LSP"), who moves for an order staying all proceedings against him in this Court, including but not limited to being required to respond to discovery, until after the U.S. Fifth Circuit Court of Appeals has resolved his pending interlocutory appeal of the Court's denial of Eleventh Amendment immunity for the reasons explained in the accompanying memorandum.

{01274538 - v2}

Respectfully Submitted,

**JEFF LANDRY**
**Attorney General**
**State of Louisiana**


By: _/s Gregory C. Fahrenholt_
**DENNIS C. PHAYER (La. Bar 10408)**
**GREGORY C. FAHRENHOLT (La. Bar 28572)**
**BURGLASS TANKERSLEY GAUDIN PHAYER**
5213 Airline Drive
Metairie, Louisiana 70001-5602
Direct Dial Phone: (504) 836-0408
Telefax: (504) 287-0448
Special Assistant Attorneys General
**Attorneys for Defendant, Lamar A. Davis, in his official capacity as Superintendent of the Louisiana State Police**