UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REMINGTYN A. WILLIAMS, et al.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.  21-852** |
| **SHAUN FERGUSON, et al** | * | **SECTION "T" (5)** |

\* \* \* \* \* \* \* \*

### MOTION FOR PROTECTIVE ORDER BY THE JEFFERSON PARISH SHERIFF JOSEPH P. LOPINTO, III

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Joseph P. Lopinto, III, in is official capacity as Sheriff of Jefferson Parish ("the Sheriff"), and respectfully moves this Honorable Court for a protective order pursuant to Fed. R. Civ. P. 26(c). Specifically, the Sheriff respectfully requests that Court issue a protective order, ordering that discovery be forbidden pursuant to Fed. R. Civ. P. 26(c)(1)(A) or, alternatively, that same be limited pursuant to Fed. R. Civ. P. 26(c)(1)(D).

**WHEREFORE**, the Sheriff respectfully prays that Court issue a protective order, ordering that discovery be forbidden pursuant to Fed. R. Civ. P. 26(c)(1)(A) or that same be limited pursuant to Fed. R. Civ. P. 26(c)(1)(D) in the manner set forth above and in the attached Memorandum in Support of this Motion.

Respectfully submitted,

/s/ Daniel R. Martiny

_____

                      **DANIEL R. MARTINY, LSB#9012**
                      MARTINY & ASSOCIATES, LLC
                      131 Airline Drive
                      Suite 201
                      Metairie, Louisiana 70001
                      Telephone: (504) 834-7676
                      Facsimile: (504) 834-5409
                      Email: danny@martinylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleadings has been forwarded to all parties via electronic CM/ECF filing and/or by depositing a copy of same in the U.S. Mail, postage prepaid this 30th day of September 2022.

                      /s/ DANIEL R. MARTINY

                      _____
                      **DANIEL R. MARTINY**