

# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jan 30, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 22-30181

United States Court of Appeals
Fifth Circuit
**FILED**
January 6, 2023
Lyle W. Cayce
Clerk

---

REMINGTYN A. WILLIAMS, ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED; LAUREN E. CHUSTZ, ON BEHALF OF THEMSELVES AND ALL OTHERS PERSONS SIMILARLY SITUATED; BILAL ALI-BEY, ON BEHALF OF THEMSELVES AND ALL OTHER PERSONS SIMILARLY SITUATED,

*Plaintiffs—Appellees*,

*versus*

LAMAR A. DAVIS, IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE LOUISIANA STATE POLICE,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-852

---

Before HIGGINBOTHAM, DUNCAN, and ENGELHARDT, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

No. 22-30181

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, we RENDER JUDGMENT in favor of Davis, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.