# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REMINGTYN A. WILLIAMS, ET AL.** | **CIVIL ACTION NO: 21-CV-852** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **SHAUN FERGUSON, ET AL.** | **MAGISTRATE JUDGE MICHAEL NORTH** |

## ORDER

Considering the Judgment of the U.S. Fifth Circuit Court of Appeals, dated January 30, 2023 (Record Document 116), Plaintiffs' claims against Lamar A. Davis, in his official capacity as Superintendent of the Louisiana State Police, are **DISMISSED WITH PREJUDICE**.

**IT IS ORDERED** the Motion to Stay Proceedings Against Lamar A. Davis (Record Document 98) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 10th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**