UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REMINGTYN A. WILLIAMS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> SHAUN FERGUSON, et al. <br><br> Defendants. | Civil Action Number: <br> 21-cv-00852 c/w 21-1079 <br><br> JUDGE PAPILLION <br> Section "P" <br><br> MAGISTRATE JUDGE NORTH <br> Section "5" <br><br> **REF: 21-cv-0852** *(Williams)* |

### DECLARATION OF JAHMY S. GRAHAM

I, Jahmy S. Graham, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California and admitted pro hac vice before this Court, (R. Doc. 13), and I am a partner with Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), attorneys of record for Plaintiffs Remingtyn A. Williams, Lauren E. Chustz, and Bilal Ali-Bey (collectively, "Plaintiffs") in this action. I respectfully submit this declaration solely to introduce certain document(s) into the record for the Court's consideration in support of Plaintiffs' Opposition to Defendants Shaun Ferguson et al.'s ("Defendants") Motion for Summary Judgment (the "Motion"), which includes Plaintiffs' Response to Defendants' Statement of Uncontested Facts.

2. I make this Declaration based on personal knowledge of the facts set forth herein, except for those matters stated on information and belief, and which I believe to be true. If called as a witness, I could and would testify competently as to the matters set forth in this Declaration.

3. A true and accurate copy of relevant excerpts of the Deposition Transcript of Safariland is attached hereto as **Exhibit A**.

1

4. A true and accurate copy of relevant excerpts of the Deposition Transcript of Defendant Officer Devin Joseph, and Exhibit 6 introduced therein, are attached hereto as **Exhibit B**.

5. A true and accurate copy of relevant excerpts of the Deposition Transcript of Defendant Officer Jason Jorgenson is attached hereto as **Exhibit C**.

6. A true and accurate copy of relevant excerpts of the Deposition Transcript of Defendant Sergeant Travis Ward is attached hereto as **Exhibit D**.

7. A true and accurate copy of relevant excerpts of the Deposition Transcript of Defendant Captain Lejon Roberts, and Exhibit 79 (video footage being filed manually) introduced therein, are attached hereto as **Exhibit E**.

8. A true and accurate copy of relevant excerpts of the Deposition Transcript of Sergeant David Barnes, and Exhibit 63 introduced therein, are attached hereto as **Exhibit F**.

9. A true and accurate copy of relevant excerpts of the Deposition Transcript of the Superintendent Shaun Ferguson is attached hereto as **Exhibit G**.

10. A true and accurate copy of relevant excerpts of the Deposition Transcript of the New Orleans Police Department Vol. II is attached hereto as **Exhibit H**.

11. A true and accurate copy of relevant excerpts of the Deposition Transcript of Sergeant Damond Harris is attached hereto as **Exhibit I**.

12. A true and accurate copy of relevant excerpts of the Deposition Transcript of Bilal Ali-Bey is attached hereto as **Exhibit J**.

13. A true and accurate copy of relevant excerpts of the Deposition Transcript of Defendant Sergeant Lamont Walker is attached hereto as **Exhibit K**.

14. A true and accurate copy of relevant excerpts of the Deposition Transcript of Defendant Detective Bryan Bissell is attached hereto as **Exhibit L**.

15. A true and accurate copy of relevant excerpts of the Deposition Transcript of Frank Vitrano is attached hereto as **Exhibit M**.

16. A true and accurate copy of relevant excerpts of the Deposition Transcript of Lauren Chustz is attached hereto as **Exhibit N**.

17. A true and accurate copy of relevant excerpts of the Deposition Transcript of Lieutenant Kenny Prepetit, and Exhibit 24 introduced therein, are attached hereto as **Exhibit O**.

18. A true and accurate copy of relevant excerpts of the Deposition Transcript of Sergeant Dylen Pazon is attached hereto as **Exhibit P**.

19. A true and accurate copy of relevant excerpts of the Deposition Transcript of John Thomas is attached hereto as **Exhibit Q**.

20. A true and accurate copy of relevant excerpts of the Deposition Transcript of Remingtyn Williams is attached hereto as **Exhibit R**.

21. A true and accurate copy of interoffice correspondence from Sergeant David Barnes to Shaun Ferguson dated October 13, 2020 (bates-labeled CNO-01124 – CNO-01265), which was produced by Defendants' counsel, is attached hereto as **Exhibit S**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on September 13, 2024.

/s/ Jahmy S. Graham
Jahmy S. Graham

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ *Jahmy S. Graham*
Jahmy S. Graham (Admitted *Pro Hac Vice*)
jahmy.graham@nelsonmullins.com