UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REMINGTYN A. WILLIAMS, ET AL.**　　**CIVIL ACTION**

**VERSUS**　　**NO. 21-852 c/w 21-1079**

**SHAUN FERGUSON, ET AL.**　　**SECTION: "P" (5)**

　　**REF: 21-1079 (*Archer*)**

### ORDER

Considering the foregoing Joint Motion to Continue Trial Date and Amend Scheduling Order (R. Doc. 219),

**IT IS ORDERED** that the motion (R. Doc. 219) is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial and pretrial conference, and all other pretrial deadlines set forth in the Scheduling Order (R. Doc. 149), as amended (R. Doc. 173), that have not yet passed, are hereby **CONTINUED**.

The Court's Case Manager will set a scheduling conference with the parties to select new dates for trial, pretrial conference, and all other pretrial deadlines that have not yet passed.

**IT IS FURTHER ORDERED** that the parties shall contact the Magistrate Judge to schedule a settlement conference to take place within 60 days of the date of this Order.

New Orleans, Louisiana this 14th day of November 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**DARREL JAMES PAPILLION**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**